The New York Central Railroad Company v. Merchants Refrigerating Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Glens Falls Indemnity Company v. Tiffany Productions, Inc., and Others, Impleaded with H. William Fitelson.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Dench & Hardy Co. v. John J. Hanson, Inc., Impleaded, etc.— Motion for a reargument or for a resettlement of order entered May 1, 1936, denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

Jacob Heiman v. Henry Bishop and Others, Individually and as Executors of and Trustees under the Last Will and Testament of William G. Stein, Deceased, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of The Board of Transportation of New York, Acting for and on Behalf of the City of New York, Relative to Acquiring Title to Certain Real Property, Located on the Southwest Corner of Sixth Avenue and West Forty-sixth Street, in the Borough of Manhattan, City of New York, for Route No. 101, Section No. 10, Required for Rapid Transit Purposes. The Board of Transportation of New York, Joseph N. Early and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of William V. Berry and City Bank Farmers Trust Company, as Trustees under the Last Will and Testament of Anson E. Carnill, Deceased, to Obtain a Determination as to the Construction and Effect of Said Will and for Instructions.—Appeal by the life beneficiary under a residuary trust created by the will of her deceased husband, Anson E. Carnill, from portions of a decree of the Surrogate's Court, New York county, construing the will of decedent. Decree so far as appealed from unanimously affirmed, with costs to the respondent payable out of the trust fund. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Charlotte Collins, Appellant, v. Joseph P. Collins, Respondent.— Action for separation. Judgment entered on a directed verdict dismissing the complaint, a jury having been waived, affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents and votes to reverse and grant judgment for plaintiff containing a provision for the plaintiff's support.